**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALONA BROWN, | : | |
| | : | |
| | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | 2:25-cv-06617-GAW |
| | : | |
| JET MOTOR SPORTS, INC. t/a IMPORTS AUTO DIRECT & WESTLAKE SERVICES, LLC. d/b/a/ WESTLAKE FINANCIAL SERVICES, | : | |
| | : | |
| *Defendants.* | : | |

**ORDER**

**AND NOW**, this 19th day of November, it is hereby **ORDERED** that Plaintiff's claims against Defendant Westlake Services, LLC. (Westlake) are **DISMISSED** with prejudice. It is furthered **ORDERED** that Westlake's Motion to Compel Arbitration (Dkt. No. 16) is **DISMISSED** as moot.

BY THE COURT:

GAIL A. WEILHEIMER, J.